# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-2128

_____

DERRICK WALKER,

Petitioner,

v.

PROGRESSIVE SELECT
INSURANCE CO.,

Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.

September 11, 2019

PER CURIAM.

The petition for writ of prohibition is denied on the merits.

ROWE, OSTERHAUS, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Derrick Walker, pro se, Petitioner.

No appearance for Respondent.